UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21722-CIV-DIMITROULEAS

RENELLE PEREZ, on behalf of herself
and others similarly situated,

    Plaintiff,

vs.

PHOENIX FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on the Defendant's Notice of Pending Settlement, filed on October 12, 2021, whereby the Defendant states that the parties have reached a settlement. *See* [DE 17].

Accordingly, it is **ORDERED AND ADJUDGED** that the Parties shall file appropriate dismissal papers[1] on or before **October 22, 2021**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

---

1 If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).