UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21722-CIV-DIMITROULEAS

RENELLE PEREZ, on behalf of herself
and others similarly situated,

    Plaintiff,

vs.

PHOENIX FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 19]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 19] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 22nd day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record